IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-121-D

MICHAEL L. KINNEY,    )
                      )
    Plaintiff,        )
                      )
v.                    )
                      )  REMAND ORDER
CAROLYN W. COLVIN,    )
Acting Commissioner of)
Social Security,      )
                      )
    Defendant.        )
_____)

This matter is before the Court on Plaintiff's Motion for Judgment Reversing the Decision of the Commissioner of Social Security and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that he consented to Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further action.

So ordered this 12 day of December, 2014.

JAMES C. DEVER III
Chief United States District Judge