UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


MICHAEL L. KINNEY,                                )
        Plaintiff,                               )
                                                 )        **JUDGMENT IN A CIVIL CASE**
        v.                                       )        **CASE NO. 7:14-CV-121-D**
                                                 )
CAROLYN W. COLVIN, Acting Commissioner of         )
Social Security,                                  )
        Defendant.                               )

**Decision by Court.**


This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the
Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the
Commissioner for further action.

**This Judgment Filed and Entered on December 12, 2014, and Copies To:**


Jason Lee Wilson (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)


DATE                            JULIE A. RICHARDS, CLERK
12/12/2014                 /s/ Susan K. Edwards
                              (By) Susan K. Edwards, Deputy Clerk